UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Christine A. Abbott,

                                Plaintiff,

    -v.-                                              5:10-CV-0277
                                                                  (NPM/ATB)

Commissioner of Social Security,

                                Defendant.

---

APPEARANCES:                            OF COUNSEL:

FOR PLAINTIFF:

McMahon, Kublick & Smith, P.C.          Jennifer Gale Smith, Esq.
500 South Salina Street
Syracuse, New York 13202

FOR DEFENDANT:

Office of the United States Attorney       Richard S. Hartunian, Esq.
100 South Clinton Street
Syracuse, New York 13261-7198

Social Security Administration
Office of Regional General Counsel       Sheena V. Williams-Barr, Esq.
Region II
26 Federal Plaza – Room 3904
New York, New York 10278


Neal P. McCurn, Senior District Judge

### *Order*

    Plaintiff, Christine A. Abbott brings this action pursuant to the Social

Security Act, 42 U.S.C. § 405(g), seeking review of a final decision of the defendant, Commissioner of Social Security ("the Commissioner"), denying her application for disability insurance benefits and Supplemental Security Income. By Report-Recommendation dated December 14, 2010, the Honorable Andrew T. Baxter, United States Magistrate Judge, recommends that the Commissioner's decision denying disability benefits and Supplemental Security Income be remanded for further proceedings in accordance with his recommendation and pursuant to sentence four of 42 U.S.C. § 405(g). See Dkt. No. 18. Neither party having objected thereto, and this court having carefully reviewed same for clear error, this court adopts the Report-Recommendation in its entirety. See 28 U.S.C. § 636(b)(1).

Accordingly, it is ORDERED that the Commissioner's decision denying disability benefits and Supplemental Security Income be remanded for further proceedings in accordance with the December 14, 2010 Report-Recommendation of the Honorable Andrew T. Baxter, United States Magistrate Judge and pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

DATED:    December 30, 2010
          Syracuse, New York

_____
Neal P. McCurn
Senior U.S. District Judge