# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**CHRISTINE A. ABBOTT**

                            Plaintiff

vs.                                     **CASE NUMBER: 5:10-CV-277**
                                                           **(NPM/ATB)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

                            Defendant

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Commissioner's decision denying disability benefits and Supplemental Security Income is REMANDED for further proceedings in accordance with the December 14th 2010 Report and Recommendations of Magistrate Judge Andrew T. Baxter and pursuant to Sentence four of 42 U.S.C. § 405(g). This action is hereby closed.

All of the above pursuant to the Order of the Honorable Senior United States District Judge Neal P. McCurn, dated the 30th day of December, 2010.

DATED: December 30, 2010

                                                   *(signature)*
                                                   Clerk of Court

                                                   s/_____
                                                   Melissa Ennis
                                                   Deputy Clerk